# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 221

| | |
|---|---|
| LORETTA MOSELEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| FILLMORE COMPANY, LTD, YUSA ) | |
| NORIYUKI and ED ROMAN ) | |
| ENTERPRISES, INC., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on Sean D. Soboleski's Application for Admission to Practice *Pro Hac Vice* of Brent M. Davis. It appearing that Brent M. Davis is a member in good standing with the New Jersey Bar and will be appearing with Sean D. Soboleski, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sean D. Soboleski's Application for Admission to Practice *Pro Hac Vice* (#43) of Brent M. Davis is **GRANTED**, and that Brent M. Davis is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sean D. Soboleski.

Signed: May 19, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge