# United States District Court
# For The Western District of North Carolina
# Asheville Division

Loretta Moseley ,

        Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.                           1:09-cv-00221

Fillmore Company, Ltd.  Et al,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/16/2010 Order.


                                           Signed: July 19, 2010

                                           Frank G. Johns, Clerk
                                           United States District Court